# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  KIMBERLY A. SELCHOW                                   Case Number: 07-71916
        1312 - 25TH STREET
        ROCKFORD, IL  61108                 SSN-xxx-xx-3583

                                                        Case filed on:     8/14/2007
                                                        Plan Confirmed on:
                            X Converted  Unconfirmed

Total funds received and disbursed pursuant to the plan: $1,194.22       Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | BALSLEY & DAHLBERG LLP | 2,700.00 | 2,700.00 | 1,031.62 | 0.00 |
|   | Total Legal | 2,700.00 | 2,700.00 | 1,031.62 | 0.00 |
|   |   |   |   |   |   |
| 002 | ALLEN HILLHOUSE | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | JOE SELCHOW | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | RSI ENTERPRISES, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
|   | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
|   |   |   |   |   |   |
| 001 | ILLINOIS DEPT OF HEALTHCARE | 29,878.81 | 0.00 | 0.00 | 0.00 |
| 003 | ILLINOIS DEPT OF HEALTHCARE | 8,292.36 | 0.00 | 0.00 | 0.00 |
| 006 | INTERNAL REVENUE SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | INTERNAL REVENUE SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | INTERNAL REVENUE SERVICE | 278.28 | 278.28 | 0.00 | 0.00 |
| 037 | FAMILY SUPPORT PAYMENT CENTER | 19,905.78 | 19,905.78 | 0.00 | 0.00 |
|   | Total Priority | 58,355.23 | 20,184.06 | 0.00 | 0.00 |
|   |   |   |   |   |   |
| 999 | KIMBERLY A. SELCHOW | 0.00 | 0.00 | 69.23 | 0.00 |
|   | Total Debtor Refund | 0.00 | 0.00 | 69.23 | 0.00 |
|   |   |   |   |   |   |
| 008 | INTERNAL REVENUE SERVICE | 11,898.99 | 11,898.99 | 0.00 | 0.00 |
| 009 | AT&T PHONE SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | ABC CASH N GO | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | ADVANCE CASH EXPRESS | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | ATTORNEY KEITH MORSE | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | AUDIT SYSTEMS INCORPORATED | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | CAPITAL ONE | 630.91 | 630.91 | 0.00 | 0.00 |
| 015 | CASH ASAP | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | CHECK OFFENDER PROGRAM | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | CHECKS FOR CASH | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | CITIFINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | COMMONWEALTH EDISON COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | CREDITORS PROTECTION SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | FIRSTAR BANK, N.A. | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | HHM EMERGENCY SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | MUTUAL MANAGEMENT SERVICES | 3,531.50 | 3,531.50 | 0.00 | 0.00 |
| 024 | NCO FINANCIAL SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | NICOR GAS | 1,210.07 | 1,210.07 | 0.00 | 0.00 |
| 026 | NORTH SHORE AGENCY | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | OSCO / STORE DEPARTMENT RECOVERY | 0.00 | 0.00 | 0.00 | 0.00 |
| 028 | OSF MEDICAL GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | PFG OF MINNESOTA | 0.00 | 0.00 | 0.00 | 0.00 |
| 030 | ROCKFORD MERCANTILE AGENCY INC | 193.50 | 193.50 | 0.00 | 0.00 |
| 031 | ROCKFORD REGISTER STAR | 0.00 | 0.00 | 0.00 | 0.00 |
| 032 | SBC | 0.00 | 0.00 | 0.00 | 0.00 |
| 033 | SWEDISH AMERICAN HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 034 | T.V. GUIDE | 0.00 | 0.00 | 0.00 | 0.00 |
| 035 | WINNEBAGO COUNTY CIRCUIT CLERK | 0.00 | 0.00 | 0.00 | 0.00 |
| 036 | RJM ACQUISITIONS FUNDING LLC | 63.16 | 63.16 | 0.00 | 0.00 |
|   | Total Unsecured | 17,528.13 | 17,528.13 | 0.00 | 0.00 |
|   |   |   |   |   |   |
|   | Grand Total: | 78,583.36 | 40,412.19 | 1,100.85 | 0.00 |

Total Paid Claimant:     $1,100.85
Trustee Allowance:       $93.37          Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:  0.00             discharging the trustee and the trustee's surety from any and all
                                          liablility on account of the within proceedings, and closing the estate,
                                          and for such other relief as is just.  Pursuant to FRBP, I hereby
                                          certify that the subject case has been fully administered.

Report Dated:

                                                    _/s/ Lydia S. Meyer_

**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 07/30/2008                By  /s/Heather M. Fagan